# U.S. District Court
## Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
APR 13 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

Wesley David Todd
V.
American Correctional Association

Case No. (to be determined by court)
3:21-cv-252-DPJ-FKB

## Notice of Complaint Motion

Plaintiff Wesley David Todd comes now before this honorable court to bring suite against American Correctional Association a.k.a. A.C.A.

Wesley David Todd asks this case be conducted in Jackson MS. fed court due to the closest proximity of his incarceration location.

Wesley David Todd asks this honorable court to waive all legal fees and to appoint him a pro-bono attorney to help him achieve due process requirements due to complexity of case, constitutional and civil rights it encompasses, vast amount of inmates it effects, Covid restrictions on legal work processing access, and legal interference of Yazoo Federal Correctional for their failure to provide us typewriter ribbon or legal envelopes even for purchase for months on end now.

Wesley David Todd brings accusal that American Correctional Association acted as a participant or co/conspirator in a conspiracy of organized crime and deprivation of constitutional and civil rights to thousands of inmates by issuing a trusted yet fraudulent certification of audit and inspection results to Yazoo Federal Correctional Low for the purpose of intentionally defrauding the American people, OIG, and other branches of government including courts and other congressional bodies and committees. Using their political clout, reputation and badge of trust they intentionally shield Yazoo Federal Correctional Low from Congressional government interference, forced institutional repairs, lawsuits, and even condemning and closure of institution.

Notice of ACA inspection and audit were posted at Yazoo Federal Correctional Low approximately 1-2 months prior to inspection for inmates participation and letters of feedback or evidence to be considered in inspection. Wesley David Todd did submit a lengthy letter to the ACA prior to audit and within time frame allotted per their instructions. Wesley David Todd did literally risk his safety and institutional retaliation with the information he provided to the ACA. The information gave full proof to ACA why Yazoo Federal Correctional Low should completely fail audit and inspection.

Court will receive a copy of letter sent to ACA in future proceedings of case.

Please see attached exhibit #1

When ACA inspectors did inspection scheduled for the first week of March they refused to speak with us, merely walking hurriedly past us even though I had personally asked in my letter that they speak to me. They also refused to go inspect the specific trouble spots that I had mentioned in my letter which should have cause immediate repairs and probably closure of prison.

Wesley David Todd seeks American Correctional Association to immediately withdraw certification from Yazoo Federal Correctional Low and instead recommend certification and audit be done from a different 3rd party inspection service due to likelyhood for new bias. Wesley David Todd also seeks punitive damages for himself and everyone else effected in the amount of 10 million dollars.

The statements above are true by penalty of perjury

Signature: [signed]    Date: 3/29/2021

Certificate of Service

Copies of the forgoing were mailed in Yazoo Federal Correctional Low mail with First Class Postage affixed thereto and correctly addressed to the following receipants on March 29, 2021

[signed]    4-9-2021

US District Court                              American Correctional Association
Clerk of Court                                 206 N. Washington Street
501 E Court St., STE 2.500                     Suite 200
Jackson MS 39201                               Alexandria, VA 22314


Wesley Todd #60775-298
Yazoo Federal Correctional Low
PO Box 5000
Yazoo City MS 39194